**DISMISSED and Opinion Filed March 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00290-CV

### SUNNY KUM SUN AND RIUM, LLC, Appellants
### V.
### NERIUM INTERNATIONAL, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02357**

## MEMORANDUM OPINION

Before Justices Francis, Lang and Evans
Opinion by Justice Lang

Before the Court is appellants' March 8, 2013 motion to dismiss the appeal. Appellants

inform the Court that the trial court has vacated the appealed order, rendering this appeal moot.

Accordingly, we grant appellants' motion and dismiss the appeal.

130290F.P05

DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

SUNNY KUM SUN AND RIUM, LLC,
Appellants

No. 05-13-00290-CV          V.

NERIUM INTERNATIONAL, LLC,
Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-02357.
Opinion delivered by Justice Lang. Justices
Francis and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, NERIUM INTERNATIONAL, LLC, recover its costs of this appeal from appellants, SUNNY KUM SUN and RIUM, LLC.

Judgment entered this 13th day of March, 2013.

_____
DOUGLAS S. LANG
JUSTICE